IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., and TIM MEADOWS, ) ) ) ) | |
| Plaintiffs/Movants, ) ) | |
| v. ) ) | CASE NO. 2:21-MC-3947-WKW [WO] |
| JOHNSON & JOHNSON, ALEX GORSKY, and DOMINIC J. CARUSO, ) ) ) ) | |
| Defendants. ) | |

## ORDER

Based upon the parties' Joint Notice of Withdrawal of Subpoenas, Motion to Quash, and Motion to Transfer (Doc. # 26), it is ORDERED that the motion to quash (Doc. # 1) and the motion to transfer (Doc. # 11) are DENIED as moot.

The Clerk of the Court is DIRECTED to close this action.

DONE this 25th day of April, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE